## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROGER D. SCHILLING, ET AL,,                    Civil Action No. 02-72834

                    Plaintiff(s),            District Judge George Caram Steeh

    v.                                       Magistrate Judge Virginia M. Morgan

CMS ENERGY CORP, ET AL,

               Defendant(s).

_____/


### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW

This matter is before the Court on Plaintiffs' Motion to Withdraw Without Prejudice their Motion to Compel Production of Withheld Memorandum filed August 26, 2005.  Counsel for the moving party advises the Court that the parties are working on resolving the above matter.

Therefore,  IT IS ORDERED that Plaintiff's Motion to Withdraw without Prejudice IS GRANTED.  IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Production of Withheld Memorandum is deemed WITHDRAWN without Prejudice.   If the Motion to Compel cannot otherwise be fully resolved by the parties, the motion may be renewed by refiling.

      **SO ORDERED**.


Dated: September 20, 2005                    s/Virginia M. Morgan_____
                                 VIRGINIA M. MORGAN
                                 UNITED STATES MAGISTRATE JUDGE


**Copies sent by U.S. mail or electronic means this date to:**
Barry Adler, Thomas Cox, Ellen M. Doyle, Fred Herrmann, Cornish Hitchcock, Todd Holleman, Krista Lenart, Derek Loeser, J Brian McTigue, Gregory Y. Porter, Joseph J. Reilly, James K. Robinson, Richard A. Rossman, William Sankbeil, Neil Steiner, Michael G. Wilson, James E. Brunner, Samuel C. Damren, Philip Kessler, Lewis J. Liman, Bruce F. Rinaldi, Lynn Sarko